■ FLEETWOOD ASSOCIATES, Respondent, v TONI SANCHE-RICO, Defendant, and JOAN ROMANO, Appellant. [614 NYS2d 203] — In an action, inter alia, for ejectment, the defendant Joan Romano appeals from an order of the Supreme Court, Westchester County (Gurahian, J.), entered September 22, 1992, which denied her motion to vacate a judgment of the same court, dated December 11, 1989, which is in favor of the plaintiff.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gurahian in the Supreme Court. Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.